UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 22, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAREN N. LEE

Defendant.

Case No. 2:09-cr-00438-WBS-02

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KAREN N. LEE Case No. 2:09-cr-00438-WBS-02 Charge 18 USC § 1341 from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 700,000 secured by real estate owned by Michael and Leijh Lee in San Francisco, CA

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

__X__ Appearance Bond with Surety (see above)

_____ Corporate Surety Bail Bond

_____ (Other): Pretrial Service conditions as stated on the record in open court.

Issued at Sacramento, California on February 22, 2019 at 10:50 AM

By: *Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Copy.