KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KAREN LEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:09-CR-0438-02 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) [PROPOSED] FINDINGS AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| | ) UNDER SPEEDY TRIAL ACT |
| KAREN LEE | ) |
| | ) Date: December 9, 2019 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

## STIPULATION

1. By previous order, this matter was set for status on November 4, 2019.

2. By this stipulation, defendants now move to continue the status conference until December 9, 2019, and to exclude time between November 4, 2019 and December 9, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government produced discovery associated with this case. The discovery thus far consists of over 43,000 pages, that have been provided to counsel. In addition, the government has also made physical evidence

-1-

available for review, which includes several hard drives that were seized during the service of the search warrants.

b. Counsel for the Karen Lee is currently in trial in Sacramento Superior Court, People v. Aldulaimi (18FE024239). She is not expected to finish that trial until November 14, 2019. She needs additional time to finish reviewing the discovery and ongoing settlement negotiations with the government.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2019, to December 9, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October30, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Kelly Babineau
　　　　　　　　　　　　　　　　　　　　　KELLY BABINEAU
　　　　　　　　　　　　　　　　　　　　　Attorney for Karen Lee

Dated: October 30, 2019　　　　　　　　　　/s/ Heiko Coppola
　　　　　　　　　　　　　　　　　　　　　HEIKO COPPOLA
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## FINDINGS AND ORDER

　　　IT IS SO FOUND AND ORDERED.

Dated: November 1, 2019

　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE