KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KAREN LEE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 09-CR-00438WBS |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) FINDINGS AND |
| | ) ORDER |
| KAREN LEE | ) |
| | ) |
| Defendants. | ) |
| | ) Judge: Hon. Carolyn K. Delaney |

### STIPULATION

Upon the request of defense counsel and with no objection from Pretrial Services or the government, it is hereby stipulated that the pretrial release conditions be modified to remove the electronic monitoring condition. Ms. Lee has been on electronic monitoring for over a year with no violations. She has been in full compliance. All other conditions of pretrial release are to remain in force and effect, including that Ms. Lee continue to reside with her parents and not absent herself from the residence for more than 24 hours. Amended conditions of release are filed in conjunction with this stipulation.

IT IS SO STIPULATED.


Dated:  February 13, 2020                    Respectfully submitted,


                                             /s/ Kelly Babineau
                                             KELLY BABINEAU
                                             Attorney for Karen Lee


Dated: February 13, 2020                     /s/ Heiko Coppola
                                             HEIKO COPPOLA
                                             Assistant U.S. Attorney


Dated: February 13, 2020                     /s/ Renee Basurto
                                             RENEE BASURTO
                                             U.S. Pretrial Release Officer


**O R D E R**


   IT IS SO FOUND AND ORDERED


Dated:  February 13, 2020

                                             _____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE



                         _____