KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for KAREN LEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:09-CR-0438-02 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) FINDINGS AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| | ) UNDER SPEEDY TRIAL ACT |
| KAREN LEE | ) |
| | ) Date: July 5, 2022 |
| Defendants. | ) Time: 9:00 a.m. |
| _____) | Judge: Hon. William B. Shubb |

STIPULATION

1. By previous order, this matter was set for status on May 31, 2022.

2. By this stipulation, defendants now move to continue the status conference until July 5, 2022 at 9:00 a.m., and to exclude time between May 31, 2022 and July 5, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government produced discovery associated with this case. The discovery thus far consists of over 43,000 pages, that have been provided to counsel. In addition, the government has also made physical evidence

    available for review, which includes several hard drives that were seized during the service of the search warrants.

b. Counsel and the government have been diligent in working towards a resolution in this matter. A plea agreement has been extended to the defense but there are ongoing negotiations. Due to the constraints of COVID, the process has taken longer than usual to resolve. Counsel has met with the client several times via zoom, and in person, but the process of reviewing discovery in conjunction with the plea agreement is labor intensive and time consuming. Defense counsel anticipated being able to work out the remaining issues over the last month, but contracted the flu and was working very limited hours.

c. Defense counsel needs more time to consult with and review the agreement with her client, conduct legal research to ensure it is appropriate and valid, and to otherwise effectively prepare. This process has been slowed due to the constraints of the COVID-19 pandemic.

d. Defense counsel recently finished a trial in Nevada County Superior Court, *People v. Bryant,* F18-000158A/B, that started on April 5, 2022 and is finished on May 12, 2022. This trial was a codefendant homicide, with special allegations. It was very time consuming and I was unable to devote time to Ms. Lee while this trial was ongoing. Now that the trial has concluded, I have been in communication with the government and hope

to make progress on this matter forthwith.

e. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The government does not object to the continuance.

g. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 31, 2022, to July 5, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 24, 2022                          Respectfully submitted,

                                            /s/ Kelly Babineau
                                            KELLY BABINEAU
                                            Attorney for Karen Lee

Dated: May 24, 2022                           /s/ Heiko Coppola
                                            HEIKO COPPOLA
                                            Assistant U.S. Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  May 25, 2022                          _[signature]_
                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE