1

2

3

4

KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

5

6

Attorney for KAREN LEE

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

| THE UNITED STATES OF AMERICA, | ) No. 2:09-CR-0438WBS |
| Plaintiff, | ) |
| | ) STIPULATION TO VACATE STATUS |
| | ) CONFERENCE AND TO SET A TRIAL |
| | ) CONFIMRATION HEARING AND JURY |
| | ) TRIAL AND |
| v. | ) FINDINGS AND ORDER |
| | ) TO EXCLUDE TIME |
| | ) UNDER SPEEDY TRIAL ACT |
| KAREN LEE | ) |
| | ) Date: December 5, 2022 |
| Defendants. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

19

STIPULATION

20

21

1.  By previous order, this matter was set for status on July 5, 2022.

22

23

24

25

26

27

2.  By this stipulation, defendant Karen Lee, through her counsel, and the United States hereby request that this matter be set for Trial Confirmation Hearing on December 5, 2022 at 9:00 a.m. and Jury Trial on January 31, 2023 at 9:00 a.m. and to exclude time between July 5, 2022 and January 31, 2023, under Local Code T4.

28

3.  The parties agree and stipulate, and request that the Court find the following:

-1-

a. The government produced discovery associated with this case. The discovery thus far consists of over 43,000 pages, that have been provided to counsel. In addition, the government has also made physical evidence available for review, which includes several hard drives that were seized during the service of the search warrants.

b. Defense counsel needs more time to review discovery with her client, including that will be produced up to the trial date, to conduct investigation and research related to the charges, to prepare pretrial motions and to otherwise prepare for trial. Counsel will continue to work towards a possible resolution.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 5, 2022, to January 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. The July 5, 2022 status conference is **VACATED**.

IT IS SO STIPULATED.

Dated:  June 29, 2022                                    Respectfully submitted,

                                                         /s/ Kelly Babineau
                                                         KELLY BABINEAU
                                                         Attorney for Karen Lee


Dated: June 29, 2022                                     /s/ Heiko Coppola
                                                         HEIKO COPPOLA
                                                         Assistant U.S. Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  June 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE