KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for KAREN LEE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>                  Plaintiff, <br><br> v. <br><br> KAREN LEE <br><br>                  Defendants. | No. 2:09-CR-0438-02 WBS <br><br> STIPULATION TO CONTINUE TCH FOR PLEA AND FINDINGS AND ORDER TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT <br><br> Date: December 12, 2022 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

STIPULATION

1. By previous order, this matter was set for status on December 5, 2022.

2. By this stipulation, defendant Karen Lee, through her counsel, and the United States hereby request that this matter be continued one week, to December 12, 2022. It is currently set for Trial Confirmation Hearing on December 5, 2022 at 9:00 a.m. and Jury Trial on January 31, 2023 at 9:00 a.m.

3. The parties have reached a plea agreement, and it is anticipated the matter will resolve on that date.

4. The parties agree and stipulate, and request that the Court find the following:

-1-

a. The government produced discovery associated with this case. The discovery thus far consists of over 43,000 pages, that have been provided to counsel. In addition, the government has also made physical evidence available for review, which includes several hard drives that were seized during the service of the search warrants.

b. Defense counsel is seeking a one-week continuance of the Trial Confirmation Hearing, based upon a personal medical issue.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 5, 2022 to December 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.  Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 1, 2022                      Respectfully submitted,

                                            /s/ Kelly Babineau
                                            KELLY BABINEAU
                                            Attorney for Karen Lee

Dated: December 1, 2022                       /s/ Heiko Coppola
                                            HEIKO COPPOLA
                                            Assistant U.S. Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  December 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE