1  MARK REICHEL SBN 155034
   ATTORNEY AT LAW
2  455 Capitol Mall 8th Floor
   Sacramento, CA 95814
3  Telephone: (916) 498-9258

4

5  Attorney for Defendant
   KAREN N. LEE
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,            CASE NO.  2:09-CR-438-02 WBS

11                        Plaintiff,     STIPULATION TO RE SET SENTENCING
                                         SCHEDULE
12              v.
                                         DATE: JUNE 26, 2023
13  KAREN N. LEE,                        TIME: 9:00 a.m.
                                         COURT: Hon. William B. Shubb
14                        Defendants.

15

16                              **STIPULATION**

17      Plaintiff United States of America, by and through its counsel of record, and defendants, by and

18  through defendant's counsel of record, hereby stipulate as follows:

19      By this stipulation, defendants now move to re set the schedule for sentencing as follows:

20  1.   Sentencing to occur on **JUNE 26, 2023 at 9:00 a.m**.;

21  2.   Sentencing Memorandum or Formal Objections to be filed by JUNE 12, 2023

22  3.   Final Pre-Sentence Investigation and Report filed by MAY 30, 2023

23  4.   Informal Objections filed with the probation office by MAY 14, 2023.

24  5.   Draft report provided to counsel by April 30, 2023.

25

26

27

28

      STIP TO RE SET SENTENCING                      1

1

2

3

4          IT IS SO STIPULATED.

5

6   Dated:  March 8, 2023                          PHILLIP A. TALBERT
                                                    United States Attorney

7

8                                                   /s/ HEIKO COPPOLA
                                                    HEIKO COPPOLA

9                                                   Assistant United States Attorney

10

11  Dated: March 8, 2023                            /s/ MARK J. REICHEL
                                                    MARK J. REICHEL

12                                                  Counsel for Defendant
                                                    KAREN N. LEE

13

14

15                                          **ORDER**

16

17          IT IS SO ORDERED.

18          Dated:  March 10, 2023

19                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

STIP TO RE SET SENTENCING                              2