MARK REICHEL SBN 155034
ATTORNEY AT LAW
455 Capitol Mall 8th Floor
Sacramento, CA 95814
Telephone: (916) 498-9258


Attorney for Defendant
KAREN N. LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>          v.<br><br>KAREN N. LEE,<br><br>                        Defendants. | CASE NO.  2:09-CR-438-02 WBS<br><br>STIPULATION TO RE SET SENTENCING SCHEDULE<br><br>DATE: August 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

By this stipulation, defendants now move to re set the schedule for sentencing as follows:

1. Sentencing to occur on **August 14, 2023 at 9:00 a.m.**;

2. Sentencing Memorandum or Formal Objections to be filed by August 1, 2023

3. Final Pre-Sentence Investigation and Report filed by July 24, 2023

4. Informal Objections filed with the probation office by July 1, 2023.

5. Draft report already provided to counsel.

STIP TO RE SET SENTENCING

1

IT IS SO STIPULATED.

Dated: May 16, 2023                           PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ HEIKO COPPOLA
                                              HEIKO COPPOLA

                                              Assistant United States Attorney

Dated: May 16, 2023                           /s/ MARK J. REICHEL
                                              MARK J. REICHEL
                                              Counsel for Defendant
                                              KAREN N. LEE

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 22, 2023                           _____
                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE