UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAREN N. LEE,<br><br>　　　　Defendant. | No. 2:09-cr-00438 WBS<br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAREN N. LEE,<br><br>　　　　Debtor. | No. 2:24-mc-00061 DAD AC |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAREN N. LEE,<br><br>　　　　Debtor. | No. 2:24-mc-00075 DJC CKD |

1

1                        ----oo0oo----

2              Examination of the above-entitled actions reveals that
3    they are related within the meaning of Local Rule 123(a), because
4    they involve the same parties, with Case Nos. 2:24-mc-61 DAD AC
5    and 2:24-mc-75 DJC CKD brought by the government to enforce the
6    restitution order imposed against defendant in the criminal case
7    No. 2:09-cr-00438 WBS.  Accordingly, the assignment of the
8    matters to the same judge is likely to effect a saving of
9    judicial effort and is also likely to be convenient for the
10   parties.

11             The parties should be aware that relating the cases
12   under Local Rule 123 merely has the result that both actions are
13   assigned to the same judge; no consolidation of the actions is
14   effected.  Under the regular practice of this court, related
15   cases are generally assigned to the judge and magistrate judge to
16   whom the first filed action was assigned.

17             IT IS THEREFORE ORDERED that the actions denominated
18   United States v. Lee, Case No. 2:09-cr-00438 WBS; United States
19   v. Lee, Case No. 2:24-mc-00061 DAD AC; and United States v. Lee,
20   Case No. 2:24-mc-00075 DJC CKD, be, and the same hereby are,
21   deemed related.  The cases denominated United States v. Lee, Case
22   No. 2:24-mc-00061 DAD AC, and United States v. Lee, Case No.
23   2:24-mc-00075 DJC CKD, shall be reassigned to Judge WILLIAM B.
24   SHUBB.  Any dates currently set in the reassigned cases only are
25   hereby VACATED.  Henceforth, the captions on documents filed in
26   the reassigned cases shall be shown as United States v. Lee, Case
27   No. 2:24-mc-00061 WBS, and United States v. Lee, Case No. 2:24-
28   mc-00075 WBS.

    IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated: April 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE