Mark Reichel SBN 155034
Attorney at Law
455 Capitol Mall 8th Floor, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331

Attorney for KAREN LEE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ) Case No. 09-CR-438-02 WBS |
| Plaintiff ) | ) |
| vs. ) | ) ORDER EXONERATING BOND |
| KAREN LEE ) | ) Date: N/A |
| Defendant ) | ) Time: N/A |
| ) | ) Judge: Honorable William B. Shubb |

+ORDER

It appearing that defendant Karen Lee surrendered for service of sentence on February 20, 2024 and is Fed Reg Number 49289-086, and good cause appearing therefor, the Bond is hereby exonerated in this matter and all collateral, notes and funds deposited shall be returned to sureties.

IT IS SO ORDERED.

Dated: May 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE